**John E. CAUL, Appellant,**

v.

**DISTRICT OF COLUMBIA, Appellee.**

**Phillip M. COGGINS, Appellant.**

v.

**DISTRICT OF COLUMBIA, Appellee.**

**Nos. 2709, 2710.**

Municipal Court of Appeals for the District of Columbia.

Argued Oct. 13, 1960.

Decided Oct. 13, 1960.

David Huddle, Washington, D. C., (appointed by this court) for appellants.

Richard W. Barton, Asst. Corp. Counsel, Washington, D. C., with whom Chester H. Gray, Corp. Counsel, Milton D. Korman, Principal Asst. Corp. Counsel, and Hubert B. Pair, Asst. Corp. Counsel, Washington, D. C., were on the brief, for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Appellants were convicted of committing a lewd, obscene or indecent act. Code 1951, § 22–1112(a) (Supp. VIII).

A review of the record demonstrates that the evidence is not sufficient to sustain the convictions.

Court-appointed counsel is commended for the able service he rendered in these cases.

Reversed with instructions to enter judgments of acquittal. Mandate to issue forthwith.